# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

JOHN M. MORGAN,

                **Plaintiff,**

            v.                                     Civil No. 07-6286-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                **Defendant.**

## JUDGMENT

This case is reversed and remanded for payment of benefits.  This action is dismissed.

Dated: October  2 , 2008.

                            /s/ Ann Aiken
                            **United States District Judge**

**JUDGMENT**                      **DOCUMENT NO:** _____